Crystal Foley (SBN 224627)
cfoley@simmonsfirm.com
Paul J. Hanley, Jr.(*pro hac vice*)
phanly@simmonsfirm.com
Mitchell M. Breit (*pro hac vice*)
mbreit@simmonsfirm.com
**Simmons Hanly Conroy LLC**
100 N. Sepulveda Blvd., Suite 1350
Los Angeles, CA 90245
Phone: (310) 322-3555

Gregory F. Coleman (*pro hac vice*)
greg@gregcolemanlaw.com
Lisa A. White (*pro hac vice*)
lisa@gregcolemanlaw.com
**Greg Coleman Law PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Phone: (865) 247-0080

Attorneys for Plaintiffs
SHELLEY STEWART and ROBERT STEWART

[*additional counsel listed on next page*]

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY STEWART and ROBERT STEWART, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>Defendant. | Case No.: 1:17-CV-01213-LJO-SKO<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>(Doc. 32)<br><br>Action Filed: September 8, 2017<br>Trial Date: None Set |

STIPULATION OF DISMISSAL; ORDER

Phillip J. Eskenazi (SBN 158976)
peskenazi@HuntonAK.com
Jason J. Kim (SBN 221476)
kimj@HuntonAK.com
Kenneth P. Hsu (SBN 306326)
khsu@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
ELECTROLUX HOME PRODUCTS, INC.

STIPULATION OF DISMISSAL; ORDER

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, on September 8, 2017, Plaintiffs Shelley Stewart and Robert Stewart ("Plaintiffs") filed a class action complaint asserting eleven (11) causes of action against Defendant Electrolux Home Products, Inc. ("Electrolux") in the above-captioned action;

WHEREAS, on January 9, 2018, the Court granted in part and denied in part Electrolux's motion to dismiss Plaintiffs' class action complaint;

WHEREAS, on January 23, 2018, Plaintiffs filed an amended class action complaint asserting seven (7) causes of action against Electrolux;

WHEREAS, on April 13, 2018, the Court granted in part and denied in part Electrolux's motion to dismiss Plaintiffs' amended class action complaint;

WHEREAS, Plaintiffs' remaining causes of action against Electrolux, asserted individually and on behalf of putative class members, are: (1) violation of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*; (2) violation of the Song-Beverly Consumer Warranty Act, Cal. Civ. Code § 1790 *et seq.*; and (3) unjust enrichment.

WHEREAS, on April 27, 2018, Electrolux filed an answer to Plaintiffs' amended class action complaint; and

WHEREAS, the parties desire to compromise and settle all matters and issues in dispute between them, including the above-captioned action, to avoid the uncertainty, inconvenience, and expense of further litigation;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to: (1) the dismissal of Plaintiffs' individual claims against Electrolux with prejudice; and (2) the dismissal of the putative class member claims without prejudice.

\\
\\
\\
\\
\\

| | | |
|---|---|---|
| Dated: August 14, 2018 | | **SIMMONS HANLY CONROY LLC** |
| | By: | /s/ Crystal Foley |
| | | Crystal Foley |
| | | Attorneys for Plaintiffs |
| | | SHELLEY STEWART AND |
| | | ROBERT STEWART |
| Dated: August 14, 2018 | | **HUNTON ANDREWS KURTH LLP** |
| | By: | /s/ Phillip J. Eskenazi |
| | | (as authorized on August 14, 2018) |
| | | Phillip J. Eskenazi |
| | | Attorneys for Defendant |
| | | ELECTROLUX |
| | | HOME PRODUCTS, INC. |

# ORDER

On August 14, 2018, the parties filed the above stipulation dismissing Plaintiffs Shelly Stewart's and Robert Stewart's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 32.)

In light of the parties' stipulation, Plaintiffs' individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 15, 2018**            /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE